## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
### CIVIL STANDARD MINUTES

Date: **5/9/2024**

**Geomatrix Systems, LLC**

Vs.

**Eljen Corporation**

Start Time: **10:31 AM**   End Time: **2:12 PM**

Recess (if more than ½ hr) _____ to _____

Total Time **3** hour(s) **41** minute(s)

Case #: **3:20-cv-01900-SVN**

Honorable Judge: **Sarala V. Nagala**

Deputy Clerk: **M. Bozek**

Counsel for Pla(s): **Waidelich/Williams/Taggart**

Counsel for Dft(s): **Cordani/Bradley**

Reporter/ECRO/Courtsmart: **Denae Hovland**

Interpreter: _____ Language: _____

Hearing held: ☑ in person ☐ by video ☐ by telephone

**HEARING AND TIME**

| ■ Motion/Oral Argument | ☐ Show Cause Hearing | ☐ Evidentiary Hearing |
| ☐ Judgment Debtor Exam | ☐ Pretrial Conference | ☐ Scheduling Conference |
| ☐ Status Conference | ☐ Settlement Conference | ☐ Other: _____ |

**MOTIONS**

■ Motion **for Summary Judgment (ECF No. 167)** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement

■ Motion **for Summary Judgment (ECF No. 169)** filed by ■ Pla ☐ Dft ☐ granted ☐ denied ■ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

**NOTES**

**The parties are directed to order the transcript of the hearing, splitting the costs evenly.**

Rev. 3/21/24